DOROTHY KELLER, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. MICHAEL PASTUCH, *ET AL.*, DEFENDANTS-PETITION-ERS.

*Mr. William J. Murray, Mr. James P. McGovern, Jr.* and *Mr. Patrick D. Conaghan* for the petitioners.

*Mr. Saul G. Schulter* and *Mr. John E. Wolf* for the respondents.

May 29, 1967. Denied.

WALTER WERNER, *ET AL.*, PLAINTIFFS-PETITIONERS, v. THE CITY OF EAST ORANGE, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Frank A. Paglianile* for the petitioners.

*Mr. William L. Brach* and *Mr. Edward Stanton* for the respondents.

June 5, 1967. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. HERBERT W. BAYTOPS, DEFENDANT-PETITIONER.

*Mr. Myron P. Maurer* for the petitioners.

*Mr. Leo Kaplowitz* and *Mr. Raymond S. Londa* for the respondent.

June 5, 1967. Denied.